UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**EILEEN MENDEZ**, as Parent and Natural
Guardian of A.C., and **EILEEN MENDEZ**,
Individually,

                        Plaintiff,

-against-                                         25-cv-5746 (CM)

**MELISSA AVILES-RAMOS,** in her official capacity
as Chancellor of the New York City Department of
Education and the **NEW YORK CITY
DEPARTMENT OF EDUCATION**,

                        Defendants.
----------------------------------------------------------------X

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Pursuant to Fed. R. App. P. (3)(1) and 4(a), notice is hereby given that the Plaintiff appeals to the United States Court of Appeals for the Second Circuit.

The Plaintiff appeals from the Order of the Hon. Judge Colleen McMahon, U.S.D.J. [Dkt. No. 39], and all issues addressed therein, entered on October 30, 2025, holding Plaintiff's motion for emergency injunctive relief (Dkt. No. 32) in abeyance pending the completion of discovery ordered by Judge McMahon in the October 30, 2025, Opinion and Order.

Dated:  November 28, 2025
       New York, NY

                                        */s/ Nicole Lancia*
                                        Nicole Lancia, Esq.

Liberty & Freedom Legal Group
*Attorneys for Plaintiff-Appellant*
105 East 34th Street, #190
New York, NY 10016
nicole@pabilaw.org
(646) 850-5035