UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| EILEEN MENDEZ, <u>as Parent and Natural Guardian of A.C., and Individually</u>,<br><br>                              Plaintiff,<br><br>              v.<br><br>MELISSA AVILES-RAMOS, <u>in her official capacity as Chancellor of the New York City Department of Education</u>, <u>et al.</u>,<br><br>                              Defendants. |

CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion filed by Defendants Melissa Aviles-Ramos, in her official capacity as Chancellor of the New York City Department of Education, and the New York City Department of Education (together, "Defendants") to compel Plaintiff Eileen Mendez, as Parent and Natural Guardian of A.C. and Individually ("Plaintiff"), as well as non-parties the International Institute of the Brain ("iBrain") and Sisters Travel and Transportation, LLC ("Sisters," together with iBrain, the "Witnesses"), to respond to Defendants' discovery requests dated November 13, 2025.  (Dkt. No. 52–54 (the "Motion")).  On February 13, 2026, Plaintiff filed her opposition.   (Dkt. No. 59).   On February 17, 2026, the Witnesses filed their opposition. (Dkt. No. 60).  On February 24, 2026, Defendants filed their reply.  (Dkt. Nos. 61–62).  As of February 24, 2026, the Motion is fully briefed.  (<u>See</u> Dkt. No. 57).

A telephone conference to discuss the Motion is scheduled for **March 3, 2026, at 4:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Defendants shall file proof of service of this Order on the Witnesses by **February 27, 2026**.

Dated:          New York, New York
                February 25, 2026

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**