UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EILEEN MENDEZ, as Parent and Natural Guardian of
A.C., and Individually,

                              Plaintiff,

        v.

MELISSA AVILES-RAMOS, in her official capacity as
Chancellor of the New York City Department of
Education, et al.,

                              Defendants.

CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

## I. INTRODUCTION

Plaintiff Eileen Mendez, as Parent and Natural Guardian of A.C. and Individually ("Plaintiff") brings this action against Defendants New York City Department of Education ("DOE") and Melissa Aviles-Ramos, in her official capacity as Chancellor of the DOE (together, "Defendants") pursuant to the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1400 et seq., to, inter alia, enforce A.C.'s pendency rights for the 2025–2026 school year under § 1415(j) of the IDEA. (Dkt. No. 1 (the "Complaint")).

Before the Court is Defendants' motion to compel Plaintiff, along with non-parties the International Institute of the Brain ("iBrain") and Sisters Travel and Transportation, LLC ("Sisters," together with iBrain, the "Witnesses"), to respond to Defendants' discovery requests dated November 13, 2025. (Dkt. No. 52–54 (the "Motion")). For the reasons stated below, the Motion is **GRANTED IN PART**.

1

## II. BACKGROUND

On July 11, 2025, Plaintiff filed the Complaint.  (Dkt. No. 1).  On July 15, 2025, Plaintiff filed her first motion for a preliminary injunction seeking an order requiring the DOE to pay A.C.'s tuition at iBrain and associated transportation costs to Sisters.  (Dkt. No. 8 (the "First MPI")).  On October 6, 2025, Judge McMahon denied the First MPI.  (Dkt. No. 27).  Four days later, on October 10, 2025, Plaintiff filed a motion for a temporary restraining order and/or preliminary injunction seeking the same relief as the First MPI arguing that A.C.'s educational placement was at risk because "the entire iBrain program [was] at imminent risk of closing because of DOE's chronic delays in funding its legal obligations."  (Dkt. No. 29 at 11; see Dkt. Nos. 28–33 (the "Second MPI")).  On October 30, 2025, Judge McMahon issued an Opinion and Order reserving decision on the Second MPI "until iBrain submits to discovery into its finances, including depositions, interrogatories, and the production of books, records, and bank statements going back at least two years."  (Dkt. No. 39 at 7, 9 (the "Oct. 30 Order")).  Accordingly, Judge McMahon ordered the DOE to take discovery from Plaintiff and iBrain and permitted the DOE to take discovery from Sisters.  (Dkt. No. 39 at 7–8).  On November 28, 2025, Plaintiff appealed the Oct. 30 Order to the United States Court of Appeals for the Second Circuit.  (Dkt. No. 45).

On January 14, 2026, Defendants filed a letter motion to compel the discovery referenced in the Oct. 30 Order, (Dkt. No. 48), which Judge McMahon instructed Defendants to re-file as a formal motion.  (Dkt. No. 49).  On February 3, 2026, Defendants filed the Motion, (Dkt. Nos. 52–54), which Judge McMahon referred to the undersigned.  (Dkt. No. 55).  On March 3, 2026, the Court held a telephone conference (the "Conference") to discuss the Motion. (Dkt. No. 63; Dkt. Entry dated Mar. 3, 2026).

### III. **DISCUSSION**

For the reasons stated at the Conference, the Motion is **GRANTED IN PART** to the extent that, by **May 17, 2026**, the Witnesses shall produce to Defendants their bank statements, along with year-end financial statements and/or balance sheets, from December 2023 to present (the "Witness Production"). To the extent that, following the Witness Production, Defendants have questions about the Witness Production, have concerns about the Witnesses' compliance with this Order, or seek additional discovery contemplated in the Oct. 30 Order, the Court will conduct a telephone conference on **March 27, 2026, at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

By **March 6, 2026**, Defendants shall file proof of service of this Order on the Witnesses.

By **March 9, 2026**, the parties shall order a copy of the Conference transcript using the annexed form.

The Clerk of Court is respectfully directed to close Dkt. No. 52.

Dated:      New York, New York
            March 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|