UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually, <br><br> Plaintiff, <br><br> v. <br><br> MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al., <br><br> Defendants. | CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court's Order at Dkt. No. 65 is **AMENDED** as follows:

For the reasons stated at the Conference, the Motion is **GRANTED IN PART** to the extent

that, by **March 17, 2026**, the Witnesses shall produce to Defendants their bank statements, along

with year-end financial statements and/or balance sheets, from December 2023 to present.[1]

Dated:       New York, New York
             March 6, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

---

[1] Capitalized terms shall have the same meaning as stated in the Court's Order at Dkt. No. 65.

1