UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ, <u>as Parent and Natural Guardian of A.C., and Individually</u>,<br><br>                              Plaintiff,<br><br>      v.<br><br>MELISSA AVILES-RAMOS, <u>in her official capacity as Chancellor of the New York City Department of Education</u>, <u>et</u> <u>al.</u>,<br><br>                              Defendants. | CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic conference held today, March 27, 2026, the Court ORDERS as follows:

1.  By **Friday, April 17, 2026**, iBrain shall conduct a reasonable search for and produce:

    a.  documents sufficient to show monthly payroll, including number of employees and their titles or roles, and

    b.  documents sufficient to show categories of its monthly expenditures and approximate amounts.

2.  By **Friday, April 17, 2026**, Sisters shall conduct a reasonable search for and produce:

    a.  bank statements, along with year-end financial statements and/or balance sheets, from December 2023 to present;

    b.  documents sufficient to show monthly payroll, including number of employees and their titles or roles; and

1

    c.  documents sufficient to show categories of monthly expenditures and approximate amounts.[1]

3. A telephonic discovery status conference is scheduled for **Monday, April 20, 2026 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:     New York, New York
          March 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] Capitalized terms shall have the same meaning as stated in the Court's Order at Dkt. No. 65.