UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EILEEN MENDEZ, as Parent and Natural Guardian of
A.C., and Individually,

                              Plaintiff,

       v.

MELISSA AVILES-RAMOS, in her official capacity as
Chancellor of the New York City Department of
Education, et al.,

                              Defendants.

CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 24, 2026, Plaintiff Eileen Mendez, as Parent and Natural Guardian of A.C. and Individually ("Plaintiff") filed a motion to enforce the September 3, 2025 pendency order, for civil contempt, and for related relief, which the Honorable Colleen McMahon has referred to the undersigned. (Dkt. Nos. 72–74 (the "Motion"); 81–82). The deadline for Defendants New York City Department of Education and Melissa Aviles-Ramos, in her official capacity as Chancellor of the DOE to respond to the Motion is **April 14, 2026**. (Dkt. No. 81). Plaintiff's deadline to file a reply, if any, shall be **April 17, 2026**.

Further, there is presently a telephone conference to discuss the status of discovery scheduled for **April 20, 2026 at 3:00 p.m. ET** (the "Conference"). (Dkt. No. 75). In addition to discussing the status of discovery, the parties shall be prepared to discuss the Motion at the Conference.

Dated:       New York, New York          SO ORDERED.
             April 8, 2026

             _____
             SARAH L. CAVE
             **United States Magistrate Judge**

1