

**Steven Banks**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Thomas Lindeman**
*Assistant Corporation Counsel*
Office: (212) 356-0418

April 17, 2026

**<u>VIA ECF</u>**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Defendants' request at Dkt. No. 88 is **GRANTED**. The telephone conference scheduled for April 20, 2026 at 3:00 p.m. ET, (Dkt. No. 83), is **ADJOURNED** to **April 22, 2026 at 3:00 p.m. ET**. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 88.
>
> SO ORDERED.    April 17, 2026      *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:    *Mendez, et al. v. Aviles-Ramos, et al.*, 25-cv-05746 (CM)(SLC)

Dear Judge Cave:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

I write to request that the Court reschedule the teleconference currently scheduled for 3:00 PM on Monday, April 20, 2026 to 2:00 PM on that same date. Plaintiff's counsel and Counsel for the iBrain Witnesses consent to this request.

I apologize for the lateness of this request, coming only one business day before the scheduled conference. Plaintiff's counsel filed a separate action, *Ramos v. Samuels et al,* 26-cv-3128(LJL) against Defendants yesterday, April 16, 2026, along with a request for emergency relief. Judge Liman has scheduled a hearing on Plaintiff's request for emergency relief for 4:00 PM on Monday, April 20, 2026. The undersigned will be appearing at that hearing, as will Plaintiff's counsel. In light of the risk of overlap between the two appearances, Defendants respectfully request that the currently scheduled conference be rescheduled for an hour earlier, to 2:00 PM on that same date.

I have conferred with Plaintiff's Counsel and Counsel for the iBrain Witnesses, and all parties are available on Tuesday, April 21, 2026 after 1 PM or any time on Wednesday, April 22, 2026 that is convenient for the Court if the Court is unavailable at 2:00 PM.

Thus, Defendants respectfully request that the currently scheduled conference be rescheduled to 2:00 PM on April 20, 2026, or another time convenient to the Court.

Defendants thank the Court for considering this request.

Respectfully submitted,

*/s/ Thomas Lindeman*

2

Thomas Lindeman, Esq
Assistant Corporation Counsel

cc:    All counsel of record (via ECF)