UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EILEEN MENDEZ, as Parent and Natural Guardian of
A.C., and Individually,

                                Plaintiff,

              v.

MELISSA AVILES-RAMOS, in her official capacity as
Chancellor of the New York City Department of
Education, et al.,

                                Defendants.

CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on May 5, 2026 (the "Conference"), at which the Court discussed with the parties, inter alia, the motion for reconsideration filed by Plaintiff Eileen Mendez, as Parent and Natural Guardian of A.C. and Individually, (Dkt. No. 91 (the "Motion")), the Court **ORDERS** the following:

1. By **May 6, 2026**, the parties shall order an expedited copy of the Conference transcript by using the annexed form and selecting "daily" service.  Once the Court receives a copy of the Conference transcript, it will issue a decision on the Motion in due course.

2. As discussed at the Conference, counsel for non-parties the International Institute of the Brain and Sisters Travel and Transportation, LLC (together, "Witnesses") shall meet and confer with counsel for Defendants New York City Department of Education ("DOE") and Melissa Aviles-Ramos, in her official capacity as Chancellor of the DOE (together, "Defendants") concerning the Witnesses's production of the same financial information already produced to Defendants, this time through May 1, 2026, without the need for formal updated requests.

1

3. Another telephone conference to discuss the status of discovery is scheduled for **May 19, 2026 at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:       New York, New York            SO ORDERED.
             May 5, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|