UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually,<br><br>                              Plaintiff,<br>         v.<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>                              Defendants. | CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC) |
| MARIYA ZAFRANI, as Parent and Natural Guardian of A.Z., and Individually,<br><br>                              Plaintiff,<br>         v.<br><br>KAMAR SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>                              Defendants | CIVIL ACTION NO. 25 Civ. 9772 (MMG) (SLC) |
| JHOANA JUCA, as Parent and Natural Guardian of K.A., and Individually,<br><br>                              Plaintiff,<br>         v.<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>                              Defendants | CIVIL ACTION NO. 25 Civ. 6972 (DEH) (SLC)<br><br><br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

There is presently a telephone conference to discuss the status of discovery scheduled for

**May 19, 2026 at 11:00 a.m. ET** (the "Mendez Conference") in the action captioned Mendez v.

1

Aviles-Ramos et al., No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez").  (Mendez, Dkt. No. 94).

The following two cases have now also been referred to the undersigned for consolidated

discovery:

(i)   Zafrani v. Samuels et al., No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and

(ii)  Juca v. Aviles-Ramos et al., No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca").

(Zafrani, Dkt. No. 74; Juca, Dkt. No. 57).

Specifically, Zafrani and Juca have been referred to the undersigned "for the purposes of

consolidated discovery concerning iBrain's financial position, the services it and affiliates are

providing to enrolled students and the minor child[ren] in [Zafrani and Juca] (including nursing

and transportation services), and the relationship between (i) the services iBrain/affiliates are

able to provide the minor child[ren] [in Zafrani and Juca], (ii) its finances, and (iii) the DOE's

payment practices."  (Zafrani, Dkt. No. 74; Juca, Dkt. No. 57).

Accordingly, the parties in Zafrani and Juca are **ORDERED** to attend the Mendez

Conference.  Counsel for the parties are directed to call (855) 244-8681; access code: 2308 226

4654, at the scheduled time.

Dated:        New York, New York
              May 14, 2026                        SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**

2