UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually,<br><br>Plaintiff,<br>v.<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC) |
| MARIYA ZAFRANI, as Parent and Natural Guardian of A.Z., and Individually,<br><br>Plaintiff,<br>v.<br><br>KAMAR SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>Defendants | CIVIL ACTION NO. 25 Civ. 9772 (MMG) (SLC) |
| JHOANA JUCA, as Parent and Natural Guardian of K.A., and Individually,<br><br>Plaintiff,<br>v.<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>Defendants | CIVIL ACTION NO. 25 Civ. 6972 (DEH) (SLC)<br><br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on May 19, 2026 (the "Conference") in the

actions Mendez v. Aviles-Ramos et al., No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez"); Zafrani

1

v. Samuels et al., No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and Juca v. Aviles-Ramos et al., No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca"), the Court **ORDERS** the following:

1. By **May 21, 2026**, the parties in Mendez, Zafrani, and Juca shall order a copy of the Conference transcript by using the annexed form.

2. By **May 22, 2026**, Plaintiffs in Mendez, Zafrani, and Juca shall serve on Defendant New York City Department of Education (the "DOE") any additional requests for production and/or interrogatories.

3. By **May 22, 2026**, the DOE shall serve on the Plaintiffs in Mendez, Zafrani, and Juca any additional requests for production and/or interrogatories.

4. By **May 26, 2026**, non-parties the International Institute of the Brain and Sisters Travel and Transportation, LLC (together, "Witnesses") shall respond to the subpoenas served by the DOE in Juca and Zafrani.[1] Counsel for the Witnesses and the DOE shall then meet and confer regarding those responses.

5. Counsel for the Witnesses and the DOE shall meet and confer concerning a stipulation to redesignate the documents that the Witnesses have already produced in Mendez for discovery in Zafrani and Juca, rather than requiring the Witnesses to reproduce those documents.

---

[1] At the Conference, the discussion between the Witnesses and the DOE contemplated that the Witnesses would also, by **May 26, 2026**, respond to the subpoenas served by the DOE in the actions Ramos et al v. Samuels et al., No. 26 Civ. 3128 (S.D.N.Y.) (LJL), and Abreu v. Aviles-Ramos, No. 25 Civ. 5499 (S.D.N.Y.) (RA), which have not yet been referred.

6. As discussed at the Conference, with respect to the document demands served by the DOE on the Plaintiffs in <u>Mendez</u> in November 2025, Plaintiffs shall serve their written responses by **May 26, 2026**.

7. Another telephone conference to discuss the status of discovery in <u>Mendez</u>, <u>Zafrani</u>, and <u>Juca</u> is scheduled for **June 11, 2026 at 3:00 p.m. ET** on the Court's conference line. Counsel in all three cases are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:       New York, New York
             May 19, 2026                    SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
NOTE: CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|