UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually,<br><br>                              Plaintiff,<br><br>         v.<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>                              Defendants. | CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC) |
| MARIYA ZAFRANI, as Parent and Natural Guardian of A.Z., and Individually,<br><br>                              Plaintiff,<br><br>         v.<br><br>KAMAR SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>                              Defendants | CIVIL ACTION NO. 25 Civ. 9772 (MMG) (SLC) |
| JHOANA JUCA, as Parent and Natural Guardian of K.A., and Individually,<br><br>                              Plaintiff,<br><br>         v.<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>                              Defendants | CIVIL ACTION NO. 25 Civ. 6972 (DEH) (SLC)<br><br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on June 11, 2026 (the "Conference") in the actions Mendez v. Aviles-Ramos et al., No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez"); Zafrani v. Samuels et al., No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and Juca v. Aviles-Ramos et al., No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca"), the Court **ORDERS** the following:

1. By **June 15, 2026**, the parties in Mendez, Zafrani, and Juca shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. As discussed at the Conference, with respect to the subpoenas (the "Subpoenas") served by the New York City Department of Education (the "DOE") on non-party the International Institute of the Brain ("iBrain") in Mendez, Juca, and Zafrani,[1] to the extent iBrain objects to the Subpoenas on relevance grounds, that objection is **OVERRULED**.  The Court refers the parties and iBrain to the Transcript for the full discussion on this issue.  By **June 25, 2026**, in response to the Subpoenas, iBrain shall begin its rolling production of the following information ("the Supplemental Witness Production"):

   a. documents sufficient to show monthly payroll, including number of employees and their titles or roles;

   b. documents sufficient to show other sources of funding, aside from funding from the DOE, that iBrain has received, including loans or grants; and

   c. documents sufficient to show cash flow and expenditures, including bank statements.

   To the extent iBrain has concerns over any personal identifiable information ("PII") or other confidential information contained in the Supplemental Witness Production

---

[1] At the previous telephone conference on May 19, 2026, the discussion between iBrain and the DOE concerning the Subpoenas in Mendez, Juca, and Zafrani included the DOE's subpoenas served on iBrain in Ramos et al v. Samuels et al., No. 26 Civ. 3128 (S.D.N.Y.) (LJL), and Abreu v. Aviles-Ramos, No. 25 Civ. 5499 (S.D.N.Y.) (RA), which have not yet been referred.  (See Dkt. No. 103 at 12–15, 31).

(the "Confidential Information"), iBrain may redact the Confidential Information from the Supplemental Witness Production or replace any PII with pseudonyms.

3. By **July 1, 2026 at 5:00 p.m. ET**, the parties and iBrain shall file a joint letter updating the Court on the status of discovery, including any scheduled dates for depositions, and identifying any issues ripe for the Court's attention in <u>Mendez</u>, <u>Zafrani</u>, and <u>Juca</u>.

4. Another telephone conference to discuss the status of discovery in <u>Mendez</u>, <u>Zafrani</u>, and <u>Juca</u> is scheduled for **July 17, 2026 at 12:00 p.m. ET** on the Court's conference line.  Counsel in all three cases are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            June 11, 2026                          SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|