**Steven Banks**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Thomas Lindeman**
*Assistant Corporation Counsel*
Office: (212) 356-0418

July 16, 2026

**MEMO ENDORSED**

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:* *Mendez, et al. v. Aviles-Ramos, et al.*, 25-cv-05746 (CM)(SLC)

Dear Judge Cave:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

I write on behalf of all parties and the witnesses to respectfully request an adjournment of the teleconference currently scheduled for tomorrow, July 17, 2026 at 12:00 p.m. before Your Honor. The parties and witnesses make this request in light of a scheduling conflict that recently arose in another matter, *Donohue, et al. v. Samuels, et al.*, 26-cv-5329 (JMF). Specifically, the scheduling conflict involves Defendants' deposition of Patrick Donohue, the founder of the International Academy for the Brain ("iBrain"), and plaintiff in the aforementioned action Although the deposition began yesterday, July 15, the parties reached an impasse after a few hours concerning the appropriate scope of Mr. Donohue's deposition testimony.

Following a teleconference that took place earlier today before Judge Furman regarding the above discovery dispute in *Donohue*, the Court directed Mr. Donohue to appear for a continued in-person deposition tomorrow, July 17, 2026. Judge Furman had previously ordered all depositions in *Donohue* and more than 50 consolidated matters be completed by July 17, 2026 to allow the parties to fully brief plaintiffs' request for a preliminary injunction for the 2026-2027 school year.

All counsel currently scheduled to be present at tomorrow's conference anticipate being present at the deposition of Mr. Donohue, and the looming deadline in that matter limits Defendant's ability to reschedule that deposition so as to not conflict with the currently scheduled conference. The parties and witnesses therefore respectfully request that the Court adjourn tomorrow's teleconference to a later date that is convenient for the Court.

The parties and witnesses thank the Court for considering this request.

Respectfully submitted,

*/s/ Thomas Lindeman*
Thomas Lindeman
Senior Counsel

cc: All counsel of record (via ECF)

The Court is in receipt of the request at Dkt. No. 112 filed by the parties in the action captioned Mendez v. Aviles Ramos, No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez") to adjourn the telephone conference scheduled for July 17, 2026 at 12:00 p.m. ET. (Dkt. No. 112 (the "Request")). The Court deems the Request to also apply to the other two cases referred to the undersigned for consolidated discovery: (i) Zafrani v. Samuels, No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and (ii) Juca v. Aviles-Ramos, No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca"). The Request is **GRANTED**.

The telephone conference scheduled for July 17, 2026 at 12:00 p.m. ET, (Mendez, Dkt. No. 107; Zafrani, Dkt. No. 84; Juca, Dkt. No. 64), is **ADJOURNED** to **July 22, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 112 in Mendez, and to docket this order in Mendez, Zafrani and Juca.

SO ORDERED. July 16, 2026

SARAH L. CAVE
United States Magistrate Judge