UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually,<br>Plaintiff,<br>v.<br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC) |
| MARIYA ZAFRANI, as Parent and Natural Guardian of A.Z., and Individually,<br>Plaintiff,<br>v.<br>KAMAR SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants | CIVIL ACTION NO. 25 Civ. 9772 (MMG) (SLC) |
| JHOANA JUCA, as Parent and Natural Guardian of K.A., and Individually,<br>Plaintiff,<br>v.<br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants | CIVIL ACTION NO. 25 Civ. 6972 (DEH) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on July 22, 2026 (the "Conference") in the actions Mendez v. Aviles-Ramos et al., No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez"); Zafrani v. Samuels et al., No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and Juca v. Aviles-Ramos et al., No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca"), the Court **ORDERS** the following:

1. By **July 24, 2026**, the parties in Mendez, Zafrani, and Juca shall order a copy of the Conference transcript by using the annexed form.

2. As discussed at the Conference, Defendant New York City Department of Education (the "DOE") is seeking from non-party the International Institute of the Brain ("iBrain") documents sufficient to show the number of employees that work at iBrain and their respective compensation even if on an anonymized basis (the "Payroll Information"). Counsel for iBrain stated at the Conference that iBrain's payroll software (the "Payroll Software") might not be capable of providing the Payroll Information in a format that protects confidentiality. As discussed at the Conference, by **August 7, 2026**, iBrain shall file a letter advising what documents it can produce to the Court that reflect the Payroll Information from the Payroll Software, either in the form of screenshots, spreadsheets, or otherwise, for the Court's in camera review.

3. As discussed at the Conference, the DOE and iBrain shall meet and confer concerning the DOE's notice of deposition to iBrain pursuant to Federal Rule of Civil Procedure 30(b)(6) (the "30(b)(6) Notice") and the topics (the "Topics") identified in the Notice.

4. By **August 14, 2026 at 5:00 p.m. ET**, the parties and iBrain shall file a joint letter updating the Court on the status of discovery, including any issues concerning the 30(b)(6) Notice and the Topics, and any other discovery issues ripe for the Court's attention in Mendez, Zafrani, and Juca.

5. Another telephone conference to discuss the status of discovery in Mendez, Zafrani, and Juca is scheduled for **August 18, 2026 at 2:00 p.m. ET** on the Court's conference

line. Counsel in all three cases are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
July 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL