UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually,<br>Plaintiff,<br>v.<br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC) |
| MARIYA ZAFRANI, as Parent and Natural Guardian of A.Z., and Individually,<br>Plaintiff,<br>v.<br>KAMAR SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 9772 (MMG) (SLC) |
| JHOANA JUCA, as Parent and Natural Guardian of K.A., and Individually,<br>Plaintiff,<br>v.<br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 6972 (DEH) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on August 18, 2026 (the "Conference") in the actions Mendez v. Aviles-Ramos et al., No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez"); Zafrani v. Samuels et al., No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and Juca v. Aviles-Ramos et al., No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca"), the Court **ORDERS** the following:

1. By **August 20, 2026**, the parties in Mendez, Zafrani, and Juca shall order a copy of the Conference transcript by using the annexed form.

2. As discussed at the Conference, Defendant New York City Department of Education (the "DOE") continues to seek from non-party the International Institute of the Brain ("iBrain") documents sufficient to show the number of employees that work at iBrain and their respective compensation even if on an anonymized basis (the "Payroll Information"). In advance of the Conference, counsel for iBrain provided the Court documents from iBrain's payroll software, including an anonymized spreadsheet of compensation payments to its employees made on April 1, 2026 ("Exhibit A") for in camera review. (See Dkt. No. 117). Pursuant to the discussion at the Conference, by **September 1, 2026**, iBrain shall collect the same information as shown in Exhibit A for each of the months between and including October 2025 through June 2026 and produce it to the DOE.

3. As stated in the Opinion and Order of the Honorable Colleen McMahon dated October 30, 2025, (Mendez, Dkt. No. 39), and as reiterated at the Conference, iBrain as well as nonparty Sisters Travel Transportation and Transportation Services, LLC ("Sisters," together with iBrain, the "Witnesses") are required to submit to discovery, including depositions, into their finances. (Mendez, Dkt. No. 39 at 7–8). On November 13, 2025, the DOE served Notices of Depositions on the Witnesses pursuant to Federal Rule of Civil Procedure 30(b)(6) and identified certain topics (the "Topics") to be discussed at the depositions (the "Depositions") of the Witnesses' designated representatives (the "Witness Representatives"). (Dkt. Nos. 42-2; 42-3).

Pursuant to the discussion at the Conference, by **August 21, 2026**, the DOE shall provide to the Witnesses a revised set of four to five Topics (the "Revised Topics"), about which the DOE and Witnesses shall meet and confer. Before the next conference (see ¶ 6, infra), the Witnesses shall provide dates for the Depositions to occur between September 11, 2026 and September 30, 2026.

4. In the parties' joint letter dated August 14, 2026, Plaintiffs identified issues concerning Defendants' August 4, 2026 responses to Plaintiff's First Set of Interrogatories and First Request for Production. (Mendez, Dkt. No. 118). As suggested by Plaintiffs' counsel at the Conference, the parties will continue to meet and confer about those issues.

5. By **September 4, 2026**, the parties and the Witnesses shall file a joint letter updating the Court on the status of discovery, including: (i) the outcome of the parties' further meet and confer process concerning Plaintiff's issues with Defendants' August 4, 2026 discovery responses; (ii) the Revised Topics or Depositions; (iii) dates on which the Witness Representatives are available to sit for their Depositions between September 11, 2026 and September 30, 2026; and (iv) and any other discovery issues ripe for the Court's attention in Mendez, Zafrani, and Juca.

6. Another telephone conference to discuss the status of discovery in Mendez, Zafrani, and Juca is scheduled for **September 10, 2026 at 12:00 p.m. ET** on the Court's conference line. Counsel in all three cases are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
August 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL