SDNY
UMENT
TRONICALLY FILED
#:
FILED: 10/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EILEEN MENDEZ,

Plaintiff,

-against-

25 Civ. 5746 (CM)

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education,

Defendant.

---------------------------------------------------------------x

ORDER DIRECTING CLOSURE OF THE MOTION AT DOCKET #28

McMahon, J.:

Plaintiff commenced this action pursuant to the Individuals with Disabilities in Education Act (IDEA) by filing an emergency motion for a temporary restraining order and preliminary injunction.

The motion for a temporary restraining order was DENIED almost a year ago, on October 30, 2025 – see Docket #39. The Plaintiff took an immediate appeal from that order, which appeal, as far as this court knowns, is presently pending in the United States Court of Appeals for the Second Circuit.

The motion at Docket #39 should, therefore, be closed and removed from the court's list of open motions. To the extent Plaintiff seeks a preliminary injunction that closure is without prejudice. If, after the Second Circuit decides the pending appeal (and if, after the discovery ordered by the court, the Plaintiff wishes to renew a motion for preliminary – or perhaps even permanent – injunctive relief), she can make her motion at that time, and on a more complete record.

Dated: October 5, 2026

U.S.D.J.

BY ECF TO ALL PARTIES