UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually,<br>Plaintiff,<br>v.<br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC) |
| MARIYA ZAFRANI, as Parent and Natural Guardian of A.Z., and Individually,<br>Plaintiff,<br>v.<br>KAMAR SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 9772 (MMG) (SLC) |
| JHOANA JUCA, as Parent and Natural Guardian of K.A., and Individually,<br>Plaintiff,<br>v.<br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 6972 (DEH) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the letter dated October 20, 2026 filed by nonparties International Institute for the Brain, Ltd. ("iBrain") and Sisters Travel and Transportation, LLC ("Sisters") (together, the "Witnesses") in (i) Mendez v. Aviles Ramos, No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez"); (ii) Zafrani v. Samuels, No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and (iii) Juca v. Aviles-Ramos, No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca") requesting to seal

the exhibits ("Exhibits") that Defendants submitted in support of their motion to hold the Witnesses in contempt (the "Contempt Motion"). (Mendez, Dkt. No. 150; Zafrani, Dkt. No. 126; Juca, Dkt. No. 93 (the "Sealing Request")). The Witnesses argue that the Exhibits should be sealed because they contain "sensitive information, including, for example, iBRAIN's bank account balances, payroll liabilities, and similar financial information" and that they produced the Exhibits to Defendants with an "Attorneys' Eyes Only" confidentiality designation.

Given that the Exhibits contain sensitive information, including iBRAIN's bank account balances, payroll liabilities, and similar financial information; the Witnesses designated the Exhibits as "Attorneys' Eyes Only"; and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The Witnesses are reminded that they shall bring hard copies of the unredacted Exhibits to the in-person hearing to discuss the Contempt Motion scheduled for **November 18, 2026 at 10:00 a.m. ET**.

The Clerk of Court is respectfully directed to **SEAL** the following docket entries:

1. Dkt. Nos. 146-1, 146-2, 146-3, 146-4, and 146-5 in Mendez v. Aviles Ramos, No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC);
2. Dkt. Nos. 122-1, 122-2, 122-3, 122-4, and 122-5 in Zafrani v. Samuels, No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC); and
3. Dkt. Nos. 88-1, 88-2, 88-3, 88-4, and 88-5 in Juca v. Aviles-Ramos, No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC).

The Clerk of Court is also respectfully directed to close:

1. Dkt. No. 150 in Mendez v. Aviles Ramos, No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC);
2. Dkt. No. 126 in Zafrani v. Samuels, No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC); and
3. Dkt. No. 93 in Juca v. Aviles-Ramos, No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC).

Dated: New York, New York
October 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**