UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually,

Plaintiff,

v.

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC)

MARIYA ZAFRANI, as Parent and Natural Guardian of A.Z., and Individually,

Plaintiff,

v.

KAMAR SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 9772 (MMG) (SLC)

JHOANA JUCA, as Parent and Natural Guardian of K.A., and Individually,

Plaintiff,

v.

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 6972 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in person hearing on November 18, 2026 (the "Hearing") in the actions Mendez v. Aviles-Ramos et al., No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez"); Zafrani v. Samuels et al., No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and Juca v. Aviles-Ramos et al., No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca") to discuss the motion of Defendants Melissa Aviles-Ramos and The New York City Department of Education (together, "Defendants") to hold

nonparties International Institute of the Brain ("iBRAIN") and Sisters Travel and Transportation Services, LLC ("Sisters," together with iBrain, the "Witnesses") (Mendez, Dkt. Nos. 143–145; 156; Zafrani, Dkt. Nos. 119–121; 133; Juca, Dkt. Nos. 85–87; 99 (the "Contempt Motion")). Following the Hearing, the Court **ORDERS** the following:

1. By **November 19, 2026**, the parties in Mendez, Zafrani, and Juca shall order an expedited copy of the Hearing transcript (the "Transcript") by visiting https://www.sdreporters.com/ and ordering a "Next-Day Transcript." **Within one business day** of receiving the Transcript, the parties shall provide a copy of the Transcript to Andrew Kincaid, Esq. ("Mr. Kincaid"), counsel for the Witnesses.
2. **Within one business day** of receiving a copy of the Transcript, Mr. Kincaid shall provide the Witnesses with a copy of the Transcript and this Order, and file a letter confirming he has done so.
3. As discussed during the Hearing, by **November 20, 2026**, Defendants shall file a letter attaching copies of the transcripts from the attempted depositions of iBRAIN on September 25, 2026 and Sisters on September 30, 2026. (See Mendez, Dkt. Nos. 127; 129; Zafrani, Dkt. Nos. 108; 110; Juca, Dkt. Nos. 73; 75).
4. After receiving the Transcript, the Court will issue a report and recommendation on the Contempt Motion in due course.

5. Given that Kamar H. Samuels is now the DOE Chancellor, under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Defendant Melissa Aviles-Ramos in Mendez and Juca.[1]

The Clerk of Court is respectfully directed to replace Defendant Melissa Aviles-Ramos with Kamar H. Samuels in Mendez v. Aviles-Ramos et al., No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) and Juca v. Aviles-Ramos et al., No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC).

Dated: New York, New York
November 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] On February 2, 2026, the plaintiff in Zafrani expressly added Samuels as a party when she filed the first amended complaint. (Dkt. No. 45; Dkt. entry dated Feb. 2, 2026).